**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | MDL NO. 3094<br><br>THIS DOCUMENT RELATES TO ALL CASES<br><br>JUDGE KAREN SPENCER MARSTON |
| ZAKOYIA GRAHAM,<br><br>Plaintiff(s)<br><br>v.<br><br>NOVO NORDISK A/S, and NOVO NORDISK INC.,<br><br>Defendant(s). | COMPLAINT AND JURY DEMAND<br><br>CIVIL ACTION NO.: _____ |

**SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff(s) named below, by and through the undersigned counsel, file(s) this *Short-Form Complaint and Demand for Jury Trial* against the Defendants selected below. Plaintiff(s) adopt(s) and incorporate(s) by reference the allegations, claims, and the relief sought in *Plaintiffs' Amended Master Long Form Complaint and Demand for Jury Trial (ECF 481) ("Master Complaint")*, and any subsequent amended versions of such Master Complaint, filed in *In Re: Glucagon-Like Peptide-1 Receptor Agonists (GLP-1 RAs) Products Liability Litigation*, MDL No. 3094 in the United States District Court for the Eastern District of Pennsylvania, as it relates to the selected Defendants and Causes of Action. Plaintiff(s) file(s) this *Short-Form Complaint* as permitted by

1

Case Management Order ("CMO") No. 27 (ECF No. 503).

## IDENTIFICATION OF PARTIES

**Plaintiff(s)**

1. Full (first, middle, and last) name of Plaintiff injured/deceased due to use of GLP-1 RA Product(s): ___Zakoyia Graham_____.

2. If applicable, full name(s) and representative capacity of Plaintiff(s) alleging wrongful death claim: _____, as _____ of the estate of _____, deceased.

3. If applicable, full name(s) of Plaintiff(s) alleging survival claims, as permitted under state law(s): _____.

4. If applicable, full name(s) of Plaintiff(s) alleging loss of consortium or loss of services: _____.

**Defendant(s)**

5. Plaintiff(s)/Decedent's Representative is/are suing the following Defendant(s) (check all that apply):

     __X__ Novo Nordisk Inc.

     __X__ Novo Nordisk A/S

     _____ Eli Lilly and Company

     _____ Lilly USA, LLC

     _____ other(s) (identify): _____

## JURISDICTION AND VENUE

6. City and state of Plaintiff(s)' current residence (or in a case brought on behalf of a Decedent, Decedent's last permanent residence):

   _Greenwood, South Carolina____

7. State where Plaintiff/Decedent was prescribed the GLP-1RA Product(s) at issue:

   __South Carolina_____

8. State of Plaintiff's/Decedent's residence at time of their use of the GLP-1RA Product(s) at issue:

   ___South  Carolina____

9. City and state of Plaintiff(s)'/Decedent's residence at time of diagnosis of injury:

   _Greenwood, South Carolina_____

10. Jurisdiction is based on:

    _X__ diversity of citizenship pursuant to 28 U.S.C. § 1332

    _____ other (plead in sufficient detail as required by applicable rules):

    _____

    _____

11. The District Court(s) where Plaintiff(s) might have otherwise filed this Short Form Complaint, absent this Court's CMO No. 14, and/or to where remand could be ordered:

    United States District Court for the District of South Carolina_____

12. Venue is proper in the District Court identified in Paragraph 11 because:

    _X___ a substantial part of the events and omissions giving rise to Plaintiff(s)'

      claims occurred there

      \_\_\_\_\_ other (plead in sufficient detail as required by applicable rules):

      _____

      _____

13.      If applicable, identify the citizenship of any additional Defendant(s) named above:

      _____

## PRODUCT USE

14.      Plaintiff/Decedent used the following GLP-1 RA Product(s) for which claims are being asserted in this case (check all that apply):

      __X__ Ozempic (semaglutide)

      \_\_\_\_\_ Wegovy (semaglutide)

      \_\_\_\_\_ Rybelsus (oral semaglutide)

      \_\_\_\_\_ Victoza (liraglutide)

      \_\_\_\_\_ Saxenda (liraglutide)

      \_\_\_\_\_ Trulicity (dulaglutide)

      \_\_\_\_\_ Mounjaro (tirzepatide)

      \_\_\_\_\_ Zepbound (tirzepatide)

      \_\_\_\_\_ Other(s) (specify): _____

15.      To the best of Plaintiff(s)' knowledge, Plaintiff/Decedent used GLP-1 RA Product(s) during the following approximate date range(s) (month(s) and year(s)) (if multiple products, specify date range(s) for each product):

      Plaintiff used Ozempic from approximately November 2022 – July 2023

_____

_____

## **INJURIES AND DAMAGES**

16.      To the best of Plaintiff(s)' knowledge, as a result of using GLP-1 RA Product(s), Plaintiff/Decedent suffered the following injuries, including their sequelae (check all that apply):

     \_\_\_\_\_ Gastroparesis

     __X__ Other gastro-intestinal injuries (specify) <u>Impairment of Gastric Emptying with severe nausea and vomiting, abdominal pain, and diarrhea.</u>

     \_\_\_\_\_ Ileus

     \_\_\_\_\_ Ischemic Bowel/Ischemic Colitis

     \_\_\_\_\_ Intestinal Obstruction

     \_\_\_\_\_ Necrotizing Pancreatitis

     \_\_\_\_\_ Gallbladder Injury (specify)  <u>Cholecystectomy</u>

     \_\_\_\_\_ Micronutrient Deficiency

     \_\_\_\_\_ Wernicke's encephalopathy

     \_\_\_\_\_ Aspiration

     \_\_\_\_\_ Death

     \_\_\_\_\_ Additional/Other(s) (specify): _____

17.      Plaintiff's/Decedent's injuries occurred in approximately (month and year)?

_____

_____

_____

18. In addition, as a result of Plaintiff's/Decedent's use of GLP-1 RA Product(s), Plaintiff(s) suffered personal and economic injuries, pain and suffering, emotional distress, mental anguish, and the following damages (check all that apply):

    _X_   Injury to self

    _____ Injury to person represented

    _____ Economic loss

    _____ Wrongful death

    _____ Survivorship

    _____ Loss of services

    _____ Loss of consortium

    _____ other(s) (specify): _____

## CAUSES OF ACTION

19. In addition to adopting and incorporating by reference the Master Complaint as stated above, more specifically, Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the following Causes of Action and allegations asserted in the Master Complaint (check all that apply):

   _X_   Count I:     Failure to Warn – Negligence

   _X_   Count II:    Failure to Warn – Strict Liability

   _X_   Count III:   Breach of Express Warranty/Failure to Conform to Representations

   _X_   Count IV:   Breach of Implied Warranty

   _X_   Count V:    Fraudulent Concealment/Fraud by Omission

   _X_   Count VI:   Fraudulent/Intentional Misrepresentation

   _X_   Count VII:  Negligent Misrepresentation/Marketing

   ____   Count VIII: Strict Product Liability Misrepresentation/Marketing

   ____   Count IX:   Innocent Misrepresentation/Marketing

   _____  Count X:    Unfair Trade Practices/Consumer Protection (see below)

   _X_   Count XI:  Negligence

   _X_   Count XII:  Negligent Undertaking

   ____   Count XIII: State Product Liability Act (see below)

   _____  Count XIV: Wrongful Death

   _____  Count XV:  Loss of Consortium

   _____  Count XVI: Survival Action

   _____  Other(s) (specify, and on separate pages, plead additional facts supporting any above claim in sufficient detail as required by applicable rules):

_____

_____

_____

_____

20. If Plaintiff(s) is/are asserting a claim pursuant to the unfair trade practices or consumer protection statutes of any jurisdiction as identified in Count X above:*

    a. Indicate the specific statute (including subsections) under which Plaintiff(s) is/are bringing such claims:

    _____

    _____

    b. Identify the factual allegations supporting those claims (by subsection, if applicable):

    _____

    _____

*Plaintiffs asserting any such claims are on notice that "failure to identify [these claims] with the requisite specificity will result in the short form complaint being stricken with only one opportunity to amend." Opinion (ECF 465) at 74 n.33.*

21. If Plaintiff(s) is/are asserting a claim pursuant to the Product Liability Act ("PLA") of any jurisdiction as identified in Count XIII above:*

    a. Indicate the specific statute (including subsections) under which Plaintiff(s) is/are bringing such claims:

    _____

    b. Identify the legal theories identified in Paragraph 19 above (e.g., negligent failure to warn, fraud, etc.) that are subsumed within Plaintiff(s)' PLA claim:

 

c.  Identify the factual allegations supporting those claims:

 

*Plaintiffs asserting any such PLA claims are on notice that "failure to identify the PLA claims with the requisite specificity will result in the short form complaint being stricken with only one opportunity to amend." Opinion (ECF 465) at 76 n.35.*

22.  If pre-suit notice is required by statute, did Plaintiff(s) provide some form of separate pre-suit notice to Defendant(s)? _____. If so, attach such notice.

## **RELIEF**

Plaintiff(s) pray(s) for relief and judgment against Defendants of compensatory damages, punitive and/or exemplary damages, interest, costs, attorneys' fees, and such further relief as the Court deems equitable and just, and as set forth in the *Master Complaint*, as appropriate, and any additional relief to which Plaintiff(s) may be entitled.

## JURY DEMAND

Plaintiff(s) hereby demand(s) a trial by jury as to all claims triable by jury in this action.

Date:  December 2, 2025                                    RESPECTFULLY SUBMITTED,

/s/ Anthony G. Simon
Anthony G. Simon, MO Bar # 38745
**THE SIMON LAW FIRM, P.C.**
1001 Highlands Plaza Drive, Suite 300
St. Louis, Missouri 63110
Phone: (314) 241-2929
Fax: (314) 241-2029
Email: Asimon@simonlawpc.com

*Attorneys for Plaintiff*